UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DREW A. JONES,

    Plaintiff,

v.

CONAGRA GROCERY PRODUCTS COMPANY, LLC,

    Defendant.

ORDER

Case No. 07-cv-638-bbc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 1st day of May, 2009.

                                      Barbara B. Crabb
                                      District Judge